# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF ALABAMA

In re                                                                             Case No. 13−32149
Yolanda Minor,                                            Chapter 13

     Debtor.

## ORDER

This case is before the court on the following matter:

**49** – Rule 9007 Motion/Notice/Objection: Application to Employ Professional Persons Pursuant to 11 USC 327 . filed by Richard D. Shinbaum on behalf of Yolanda Minor. Responses due by 02/8/2018. (Shinbaum, Richard)

It appears that notice has been given pursuant to L.B.R. 9007−1, Bankr. M.D. Ala., and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated February 9, 2018

William R. Sawyer
United States Bankruptcy Judge

```
                                United States Bankruptcy Court
                                  Middle District of Alabama
In re:                                                                Case No. 13-32149-WRS
Yolanda Minor                                                         Chapter 13
         Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2           User: jmclain                Page 1 of 1                  Date Rcvd: Feb 09, 2018
                               Form ID: ogr9007             Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 11, 2018.
db             +Yolanda Minor,    1143 Queensbury Dr,    Montgomery, AL 36116-3554
sp             +Richard Shinbaum,    566 South Perry Street,    Montggomery, AL 36104-4632

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 11, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 9, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Yolanda  Minor rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen P. Leara    on behalf of Creditor    BlueCross BlueShield of Alabama
               sleara@wallacejordan.com, dlardent@wallacejordan.com
                                                                                             TOTAL: 4