# IN THE UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **In the Matter of:** ) | |
| ) | **Case No. 13-32149** |
| **Yolanda Minor,** ) | |
| ) | **Chapter 13** |
| ) | |
| **Debtor.** ) | |

**PURSUANT TO LOCAL RULE 9007-1, THIS MOTION WILL BE TAKEN UNDER ADVISEMENT BY THE COURT AND MAY BE GRANTED UNLESS A PARTY IN INTEREST FILES A RESPONSE WITHIN 21 DAYS OF THE DATE OF SERVICE. RESPONSES MUST BE SERVED UPON THE MOVING PARTY AND, IN THE MANNER DIRECTED BY LOCAL RULE 5005-1, FILED WITH THE CLERK ELECTRONICALLY OR BY U.S. MAIL ADDRESSED AS FOLLOWS: CLERK, U.S. BANKRUPTCY COURT, ONE CHURCH STREET, MONTGOMERY, AL 36104.**

## MOTION TO APPROVE COMPROMISE OR SETTLEMENT

Debtor, by and through attorney, hereby requests this Honorable Court approve the settlement of a personal injury claim and as grounds for said Motion, would state as follows:

1. On or about April 14, 2016, Debtor was involved in an automobile accident, in which she was injured. The other party's insurer, State Farm Insurance, is willing to settle the personal injury claim by tendering a check for the policy limits of $25,000.00.

2. Blue Cross Blue Shield of Alabama has a subrogation interest exceeding the settlement, but it has agreed to accept $18,000.00 in satisfaction of its subrogation claim.

3. Although the Court has approved the undersigned attorney for a contingency fee of 40%, representing $10,000.00 in fees, the undersigned has voluntarily reduced his fee to $7,000.00, representing 28% of the recovery. The undersigned has further decided to refund a portion of the attorney's fee – an amount of $1,966.00 – to Debtor because she would otherwise receive nothing. Therefore, the proposed disbursements arising out of Debtor's personal injury claim are as follows:

    a. $18,000.00 to Blue Cross Blue Shield
    b. $7,000.00 to Debtor's attorney, who represented Debtor in the personal injury claim

4. After payment of Blue Cross Blue Shield of Alabama's subrogation interest and the undersigned's fee, no funds will be available to pay any medical providers, hospitals, or Debtor's creditors.

WHEREFORE, the premises considered, Debtor moves this Court for an order approving Debtor's personal injury settlement as provided herein. The undersigned will file a separate application for approval of fees and expenses.

Respectfully submitted April 9, 2018.

/s/ Richard Shinbaum
Richard Shinbaum ASB-8638-B54R
Attorney for Debtor
The Shinbaum Law Firm, P.C.
566 South Perry Street
Montgomery, AL 36104
334-269-4440; Selma 334-872-4545
rshinbaum@smclegal.com

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document on all parties listed below by CM/ECF or by mail on April 9, 2018.

/s/ Richard Shinbaum
Richard Shinbaum ASB-8638-B54R

Chapter 13 Trustee

Bankruptcy Administrator

Blue Cross Blue Shield of Alabama
c/o Stephen Leara
Wallace, Jordan, Ratliff & Brandt, LLC
P.O. Box 530910
Birmingham, AL 35233

| | |
|---|---|
| Pepperell Primary Care<br>1711 Pepperell Pkwy<br>Opelika, AL 36801 | Pepperell Primary Care<br>1245 E South Blvd<br>Montgomery, AL 36116 |
| Haynes Ambulance<br>2530 East 5th Street<br>Montgomery, AL 36107 | Haynes Ambulance<br>P.O. Box 1515<br>Wetumpka, AL 36092 |
| Premier Anesthesia of Montgomery<br>c/o Corporation Service Company, Inc.<br>641 S Lawrence Street<br>Montgomery, AL 36104 | Premier Anesthesia of Montgomery<br>2105 E South Blvd<br>Montgomery, AL 36116 |

Premier Anesthesia of Montgomery
P.O. Box 532926
Atlanta, GA 30353

Southern Orthopaedic Surgeons
454 Taylor Road
Montgomery, AL 36117

Health Care Authority for Baptist Health    Health Care Authority for Baptist Health
P.O. Box 241145                              301 Brown Springs Road
Montgomery, AL 36124                         Montgomery, AL 36117

Health Care Authority for Baptist
P.O. Box 742984
Atlanta, GA 30374

Montgomery Radiology Associates
2055 Normandie Drive, Suite 108
Montgomery, AL 36111

Emergency Services of Montgomery             Emergency Services of Montgomery
P.O. Box 637944                              c/o Corporation Service Company
Cincinnati, OH 45263                         641 S Lawrence Street
                                             Montgomery, AL 36104

Montgomery Cardiovascular Associates         Montgomery Cardiovascular
273 Winton M. Blount Loop                    P.O. Box 15497
Montgomery, AL 36117                         Belfast, ME 04915

American HomePatient                         American HomePatient
300 Taylor Road, Suite 500                   P.O. Box 532688
Montgomery, AL 36117                         Atlanta, GA 30353

Gentiva/Kindred at Home                      Gentiva
11123 Chantilly Parkway, Suite L             P.O. Box 281159
Pike Road, AL 36064                          Atlanta, GA 30384

Mid-South Home Health Agency
P.O. Box 281159
Atlanta, GA 30384

Credit Acceptance
25505 W 12 Mile Rd, Suite 3000
Southfield, MI 48034

Sprint Nextel
Attn Bankruptcy Dept
PO Box 7949
Overland Park, KS 66207

Internal Revenue Service
PO Box 7317
Philadelphia, PA 19101

Hospital Physician Service of Central Alabama
c/o DiRecManagement
PO Box 16243
Mobile, AL 36616

TileMax of Alabama
15 Bull Street, Suite 200
Savannah, GA 31401

Radiology Group
c/o Holloway Credit Solutions, LLC
PO Box 230609
Montgomery, AL 36123

Myrtle E Goore, MD
c/o Holloway Credit Solutions, LLC
PO Box 230609
Montgomery, AL 36123

Casals Clinic Inc
c/o Holloway Credit Solutions, LLC
PO Box 230609
Montgomery, AL 36123

Cloverland Apartments
c/o Chambless Math & Carr
PO Box 230759
Montgomery, AL 36123

Alabama Orthopaedic Specialists, PC
c/o Chambless Math & Carr
PO Box 230759
Montgomery, AL 36123