UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
Yolanda Minor,

    Debtor.

Case No. 13−32149  
Chapter 13

**ORDER**

This case is before the court on the following matter:

*59* – Rule 9007 Motion/Notice/Objection: Motion to Approve Compromise or Settlement . filed by Richard D. Shinbaum on behalf of Yolanda Minor. Responses due by 05/3/2018. (Shinbaum, Richard)

It appears that notice has been given pursuant to LBR 9007−1 and that no response has been filed. Accordingly, it is

**ORDERED,** that the motion/objection is **GRANTED** according to the terms stated.

Dated May 4, 2018

William R. Sawyer  
United States Bankruptcy Judge

```
                        United States Bankruptcy Court
                         Middle District of Alabama
In re:                                                         Case No. 13-32149-WRS
Yolanda Minor                                                  Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2           User: admin                   Page 1 of 2            Date Rcvd: May 04, 2018
                               Form ID: ADI9007              Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
db          +Yolanda Minor,    1143 Queensbury Dr,    Montgomery, AL 36116-3554
2909194     +ALABAMA ER ADMIN,    P.O. BOX 4419,    Woodland Hills, CA 91365-4419
3195717     +ALABAMA ORTHOPAEDIC SPECIALISTS, PC,    C/O CHAMBLESS MATH & CARR PC,    PO BOX 230759,
              MONTGOMERY, AL 36123-0759
2992201     +CASALS CLINIC INC,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
              MONTGOMERY, AL 36123-0609
3195716     +CLOVERLAND APARTMENTS,    C/O CHAMBLESS MATH & CARR PC,    PO BOX 230759,
              MONTGOMERY, AL 36123-0759
2909195     +COI SPRINT,    800 SW 39TH STRRET,    Renton, WA 98057-4975
2909949     +CREDIT ACCEPTANCE,    25505 W 12 MILE RD SUITE 3000,    SOUTHFIELD MI 48034-8331
2993988     +Capital City Gastroenterology,    4126 Carmichael Ct,    Montgomery, AL 36106-2871
2909196     +DRM FOR HOSPITAL,    4320 DOWNTOWNER LOOP S STE A,    Mobile, AL 36609-5447
2909190      EQUIFAX INFORMATION SERVICES LLC,    P.O. BOX 740241,    Atlanta, GA 30374-0241
2909192      EXPERION,    P.O. BOX 9701,    Allen, TX 75013-9701
2994460     +Holloway & Moxley,    PO Box 4953,    Montgomery, AL 36103-4953
2966902     +Hospital Physician Service of Central Alabama,     C/O DiRecManagement, Inc.,    P.O. Box 16243,
              Mobile, AL 36616-0243
2992200     +MYRTLE E GOORE MD,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
              MONTGOMERY, AL 36123-0609
2992199     +RADIOLOGY GROUP,    c/o HOLLOWAY CREDIT SOLUTIONS, LLC,    PO BOX 230609,
              MONTGOMERY, AL 36123-0609
2993989      State Farm Mutual Auto Ins Co,    1 State Farm Plaza,    Bloomington, IL  61791-0001
2994461     +Stokes & Clinton,    PO Box 991801,    Mobile, AL 36691-8801
2909199     +TITLE BUCKS,    111 W. FAIRVIEW AVE,    Montgomery, AL 36105-1618
2909191     +TRANSUNION CONSUMER SOLUTIONS,    P.O. BOX 2000,    CHESTER, PA 19016-2000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2909193     +Fax: 864-336-7400 May 04 2018 21:48:49      ADVANCE AMERICA,    6533 ATLANTA HWY,
              Montgomery, AL 36117-4226
2909197      E-mail/Text: cio.bncmail@irs.gov May 04 2018 21:12:48      INTERNAL REVENUE SERVICE,
              P O BOX 7317,    Philadelphia, PA 19101-7317
2909198     +E-mail/Text: appebnmailbox@sprint.com May 04 2018 21:13:08      SPRINT,    P O Box 105243,
              Atlanta, GA 30348-5243
2926649      E-mail/Text: appebnmailbox@sprint.com May 04 2018 21:13:08      Sprint Nextel,
              Attn Bankruptcy Dept,    PO Box 7949,    Overland Park KS 66207-0949
2986906      Fax: 912-629-1539 May 04 2018 21:38:49      TitleMax of Alabama, Inc. d/b/a TitleBucks,
              15 Bull Street, Suite 200,    Savannah, GA 31401
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
3197566       (EAST) THE HEALTH CARE AUTHORITY FOR BAPTIST HEALT
3197567       (SOUTH) THE HEALTH CARE AUTHORITY FOR BAPTIST HEAL
                                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Richard D. Shinbaum    on behalf of Debtor Yolanda  Minor rshinbaum@smclegal.com,
               scarter@smclegal.com;tbramlett@smclegal.com
              Sabrina L. McKinney    trustees_office@ch13mdal.com
              Stephen P. Leara    on behalf of Creditor    BlueCross BlueShield of Alabama
               sleara@wallacejordan.com, dlardent@wallacejordan.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 4